**SO ORDERED.**
**SIGNED this 4th day of January, 2016**

Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

---

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**TREADWAY BROTHERS**              Case No. **3:15-bk-33450-SHB**
**REFRIGERATION INC.**             Chapter 7

       Debtor.

### <u>ORDER</u>

    Upon the application of W. Grey Steed, Trustee, seeking authority to employ Ryan E. Jarrard and Quist, Cone, & Fisher, PLLC as his attorneys to represent him with respect to dealing with all issues arising from selling real and personal assets of the debtor, and all other legal needs of the estate, and it appearing to the Court that said Ryan E. Jarrard and Quist, Cone & Fisher, PLLC are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

    W. Grey Steed, Trustee, shall be and he hereby is, authorized to employ Ryan E. Jarrard and Quist, Cone & Fisher, PLLC, attorneys, under the terms and conditions set forth in his application.

The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

   This order is entered *nunc pro tunc* to the date the application was filed.

###

**APPROVED FOR ENTRY:**


*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for W. Grey Steed, Trustee
**Quist, Cone & Fisher, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com