**SO ORDERED.**
**SIGNED this 26th day of January, 2016**

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

**TREADWAY BROTHERS**  Case No. **3:15-bk-33450-SHB**
**REFRIGERATION INC.**  Chapter 7

Debtor.

## ORDER

Upon the application of W. Grey Steed, Trustee, seeking authority to employ Kenny Phillips and Powell Auction & Realty, LLC as his sales agent with respect to selling at public auction certain items of the debtor's real and personal property, and it appearing to the Court that Kenny Phillips and Powell Auction & Realty do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

W. Grey Steed, Trustee, shall be and he hereby is, authorized to employ Kenny Phillips and Powell Auction & Realty, LLC under the terms and conditions set forth in his application and the applicable requirements of application and notice before compensation is paid.

This order is entered *nunc pro tunc* to the date the application was filed.

###

**APPROVED FOR ENTRY:**

*/s/ Ryan E. Jarrard*
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for W. Grey Steed, Trustee
**Quist, Cone & Fitzpatrick, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com