**Entry of the order was delayed because the order was not uploaded with the motion. Approval is granted nunc pro tunc to March 2, 2016.**



**SO ORDERED.**
**SIGNED this 7th day of March, 2016**

_____
Suzanne H. Bauknight
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT KNOXVILLE

IN RE:

**TREADWAY BROTHERS**　　　　　　　　Case No. **3:15-bk-33450-SHB**
**REFRIGERATION INC.**　　　　　　　　Chapter 7

　　　　Debtor.

**ORDER APPROVING SALE OF DEBTOR'S REAL AND PERSONAL PROPERTY**

On or about January 27, 2016, W. Grey Steed, Trustee, filed a Notice of Sale of Debtor's Real and Personal Property pursuant to 11 U.S.C. §363 and the Fed. R. of Bakr. P. 2002 and 6004. In the Notice, the Trustee proposed to sell the debtor's non-exempt real and personal property consisting of real property and improvements located at 2429 Maryville Pike, Knoxville TN 37920; and personal property that consist of two 2006 Ford F250 vans that bear the VIN numbers 1FTNE24W66DA13693 and 1FTNE24W66DA13905, and miscellaneous tools and inventory related to the debtor's refrigeration business on March 3, 2016 at 10:00am. The Trustee intends to utilize Kenny Phillips and Powell Auction & Realty to conduct the sale, and they will be compensated a commission fee of a 10% buyers premium and not more than $1,500.00 in expenses.

The Notice was served on all creditors and parties in interest. There being no objections filed to the Trustee's Notice, and it otherwise appearing to the Court that the notice is proper.

It is thereby **ORDERED** that the Trustee's sale of the debtor's real and personal property at auction on March 3, 2016 at 10:00am is **APPROVED**. It is further **ORDERED** that the stay period of Federal Rule of Bankruptcy Procedure 6004(h) is waived for cause and this Order be effective upon entry.

###

**APPROVED FOR ENTRY:**

/s/ Ryan E. Jarrard
Ryan E. Jarrard, Esq.
BPR No. 024525
Attorney for W. Grey Steed, Trustee
**Quist, Cone & Fitzpatrick, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 232
REJ@qcflaw.com